UNITED STATES of America,
Plaintiff–Appellee,

v.

Andres De La PAZ–AGUILAR,
Defendant–Appellant.

No. 01–50003.
D.C. No. CR–00–00069–JSL–1.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2003.*

Decided Aug. 18, 2003.

Before SCHROEDER, Chief Judge, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

Andres De La Paz–Aguilar appeals his guilty-plea conviction and sentence for illegal reentry in violation of 8 U.S.C. § 1326.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Counsel for Aguilar has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Aguilar has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review.

Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.